THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Curtis Lamar King,       
Appellant
 
 
 

Appeal From Greenville County
H. Dean Hall, Circuit Court Judge

Opinion No.  2003-UP-65
Submitted November 20, 2002 - Filed 
 January 22, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM: Curtis Lamar King appeals his 
 convictions for armed robbery and attempted armed robbery.  The trial judge 
 sentenced King to twenty-five years imprisonment for armed robbery and a concurrent 
 twenty-year term of imprisonment for attempted armed robbery.  
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for King attached to the final brief a petition to be relieved 
 as counsel, stating she had reviewed the record and concluded Kings appeal 
 is without legal merit sufficient to warrant a new trial.  King filed a separate 
 pro se response brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, AND HOWARD, JJ., concur.